DANA DEAN SBN: 226083
ATTORNEY AT LAW
835 First Street
Benicia, California 94510
Telephone: (707) 747-5206
Facsimile:  (707) 747-5209

Attorney for Plaintiffs
Rod Boschee and Nora Boschee

GLYNN & FINLEY, LLP
CLEMENT L. GLYNN, Bar No. 57117
DAWN CEIZLER, Bar No. 214873
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975

Attorneys for Defendant
ConocoPhillips Company

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROD BOSCHEE and NORA BOSCHEE,<br><br>Plaintiffs,<br><br>v.<br><br>CONOCO-PHILLIPS COMPANY, and DOES 1-20, INCLUSIVE,<br><br>Defendants. | CASE NO.: 2:05-cv-1590-MCE-EFB<br><br>JOINT STIPULATION RE REVISED PRETRIAL SCHEDULE AND ORDER |

Pursuant to Federal Rules of Civil Procedure 16(b), the Parties hereby stipulate to and petition the court to enter the following Joint Stipulation Re Revised Pretrial Schedule.

1

The parties have been diligently pursuing discovery in the matter and the depositions of plaintiffs have been completed and expert disclosures have been made. The parties are in the process of meeting and conferring regarding expert depositions but have had difficulties due to experts' end of the year schedules. The parties anticipate that all expert discovery will be completed no later than January 31, 2007. The Court's February 23, 2007 Pretrial Order set the Final Pretrial Conference on February 5, 2007 with the joint statement due on January 22, 2007. The parties hereby request that the Pretrial conference deadlines be continued to accommodate the remaining expert discovery. This stipulation and proposed order does not contemplate a change in trial date.

The modifications to the pretrial schedule requested are:

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Expert discovery cut-off | Timely for trial | January 31, 2007 |
| Pretrial statement | January 22, 2007 | February 12, 2007 |
| Pretrial conference | February 5, 2007 | February 26, 2007 |

Dated:                 , 2006            Respectfully submitted,


_____
DANA DEAN
Attorney for Plaintiffs
Rod and Nora Boschee


_____
CLEMENT GLYNN
DAWN CEIZLER
Attorneys for Defendant
ConocoPhillips Company

For the reasons discussed in the parties' joint stipulation,

IT IS HEREBY ORDERED that the expert discovery cut-off is January 31, 2007, the parties' joint pretrial statement shall be submitted no later than February 12, 2007, and the Final Pretrial Conference shall occur on February 26, 2007 at 2:30 p.m. The trial date of March 14, 2007 is vacated and reset for May 2, 2007 at 09:00 a.m.

DATED: JANUARY 12, 2007

_____
**MORRISON C. ENGLAND, JR**
**UNITED STATES DISTRICT JUDGE**