DANA DEAN     SBN: 226083
ATTORNEY AT LAW
835 First Street
Benicia, California 94510
Telephone: (707) 747-5206
Facsimile:  (707) 747-5209
Attorney for Plaintiffs
Rod Boschee and Nora Boschee

GLYNN & FINLEY, LLP
CLEMENT L. GLYNN, Bar No. 57117
DAWN CEIZLER, Bar No. 214873
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975
Attorneys for Defendant
ConocoPhillips Company

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROD BOSCHEE and NORA BOSCHEE, | CASE NO.: 2:05-cv-1590-MCE-PAN |
| Plaintiffs, | |
| vs. | JOINT STIPULATION AND ORDER MODIFYING TRIAL AND PRETRIAL CONFERENCE DATES |
| CONOCO-PHILLIPS COMPANY, and DOES 1-20, INCLUSIVE, | |
| Defendants. | |

Pursuant to Local Rule 7-12, the Parties hereby stipulate to and petition the court to enter the following Joint Stipulation and Order Modifying the trial and pretrial conference dates.

WHEREAS, the Court issued an order continuing the trial date to May 2, 2007 and the final pretrial conference on February 26, 2007;

1  WHEREAS, the parties and/or their attorneys have conflicts with the May 2, 2007 trial
2 date (see attached declarations of Dana Dean and declaration of Dawn Ceizler); and
3  WHEREAS, the defendant's attorney has a conflict with the February 26, 2007 pre-trial
4 date (see attached declaration of Dawn Ceizler);
5  NOW THEREFORE, THE PARTIES STIPULATE
6  That March 2, 5, and 11, 2007 are available for a pre-trial conference date, and request
7 that the Court to chose its most convenient date; and
8  That June 4 through June 15, 2007 is available for trial.
9  All other orders remain as previously stated.

10

11 Dated:   February   , 2007          Respectfully submitted,

12

13                                      _____
14                                      DANA DEAN
                                        Attorney for Plaintiffs
15                                      Rod and Nora Boschee

16
                                        _____
17                                      DAWN CEIZLER
18                                      Attorney for Defendant
                                        ConocoPhillips Company
19

20 For the reasons discussed in the parties' joint stipulation,

21      IT IS HEREBY ORDERED that the pretrial conference shall be held on March 5,

22 2007, at 1:30 p.m.  Parties are to file the Joint Pretrial Conference Statement on or before March

23 12, 2007.  The jury trial date of May 2, 2007 is vacated and reset for June 6, 2007 at 09:00 a.m.

24 Dated: February 16, 2007
25
26                                      _____
                                        **MORRISON C. ENGLAND, JR**
27                                      **UNITED STATES DISTRICT JUDGE**
28