1
2
3
4
5                           UNITED STATES DISTRICT COURT
6                          EASTERN DISTRICT OF CALIFORNIA
7
8    ROD BOSCHEE and NORA BOSCHEE,      No. 2:05-cv-01590-MCE-EFB
9              Plaintiffs,
10        v.                            **ORDER RE: SETTLEMENT AND**
                                        **DISPOSITION**
11   CONOCO-PHILLIPS COMPANY,
12             Defendant.
     _____/
13
14        Pursuant to the representations of the attorney for
15   Plaintiffs, the Court has determined that this case is settled.[1]
16        In accordance with the provisions of Local Rule 16-160,
17   dispositional documents are to be filed on or before June 22,
18   2007.
19        Failure to comply with this order may be grounds for the
20   imposition of sanctions on any and all counsel as well as any
21   party or parties who cause non-compliance with this Order.
22        IT IS SO ORDERED.
23   Dated: May 30, 2007
24
25
26   _____
     MORRISON C. ENGLAND, JR.
     UNITED STATES DISTRICT JUDGE
27
28
          [1] In light of the Court's Order Re: Settlement and
     Disposition, the June 1, 2007 Motions in Limine Hearing is
     vacated and the June 4, 2007 Jury Trial is vacated.