Dana Dean, State Bar Number 226083
Law Offices of Dana Dean
835 First Street
Benicia, CA 94510
Telephone: (707) 747-5206
Fax: (707) 747-5209

Attorneys for Plaintiffs
ROD BOSCHEE and NORA BOSCHEE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROD BOSCHEE and NORA BOSCHEE,<br><br>Plaintiffs,<br><br>vs.<br><br>CONOCO-PHILLIPS COMPANY, and DOES 1-20, INCLUSIVE,<br><br>Defendants. | Case No. 2:05-cv-01590<br><br>**ORDER RE: PLAINTIFFS' REQUEST FOR DISMISSAL OF ENTIRE ACTION AGAINST ALL PARTIES** |

Pursuant to the representations of the attorney for Plaintiffs, the Court has determined that this case is settled. Consent to Plaintiffs ROD BOSCHEE and NORA BOSCHEE request for a dismissal of entire action against all parties is hereby given.

IT IS SO ORDERED.

DATED: May 27, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1

PDF created with pdfFactory trial version www.pdffactory.com